DAVID SHOLTZ, GOVERNOR OF FLORIDA, as *Ex Officio* President of the State Board of Administration, *et al.,* etc., v. STATE, *ex rel.* N. J. WALKER.

165 So. 925.

Division B.

Opinion Filed January 14, 1936.

*Cary D. Landis,* Attorney General, and *Robert J. Pleus* and *James B. Watson,* Assistants, for Plaintiffs in Error;

*Waller & Pepper* and *B. A. Meginniss,* for Defendant in Error.

PER CURIAM.—This is a companion case to those two cases of David Sholtz, *et al.,* v. Ben Hur Life Association, in which opinions were filed on December 20, 1935.

The judgment in this case is, therefore, affirmed upon authority of the opinions and judgments in those cases.

So ordered.

Affirmed.

ELLIS. P. J., and TERRELL and BUFORD, J. J., concur.

WHITFIELD, C. J., and BROWN and DAVIS, J. J., concur in the opinion and judgment.